**Debra I. ROBERTSON, Plaintiff—Appellant**

v.

**CREE, INCORPORATED, Defendant—Appellee.**

No. 12-1436.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 16, 2012.

Decided: Aug. 20, 2012.

Debra I. Robertson, Appellant Pro Se. Richard D. Haygood, Kilpatrick Townsend & Stockton, LLP, Raleigh, North Carolina, for Appellee.

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debra I. Robertson appeals the district court's order denying relief on her 42 U.S.C. § 1981 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robertson v. Cree, Inc.*, 5:10-cv-00507-H (E.D.N.C. Mar. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*